AO 422 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## District of Hawaii

UNITED STATES OF AMERICA     WARRANT FOR ARREST

V.     Case Number: Cr 03-00488 DAE - 05

KEOLA ANTOQUE
47-121 Wailehua Road
Kaneohe, Hi 96744
(Name and Address of Defendant)

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
FEB 23 2007
at 10 o'clock and 50 min. __M
SUE BEITIA, CLERK

YOU ARE HEREBY COMMANDED TO ARREST KEOLA ANTOQUE and bring him or her forthwith to the nearest district/ magistrate judge to answer an Indictment , charging him or her with (brief description of offense)

Count 2: Knowingly and intentionally possess with intent to distribute methamphetamine
Count 9: Use of a communication facility

in violation of Title 21 United States Code, Section 841(a)(1), 841(b)(1)(A), 843(b).
 Title 18 United States Code, Section 2.

| Walter A.Y.H. Chinn | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| *[signature]* | 10/1/03 at Honolulu, Hawaii |
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at  no bail          By: Kevin S. C. Chang, United States Magistrate Judge

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____.

| Date Received | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| Date of Arrest 10/17/03 | Special Agent Rachel Byrd | *[signature]* Rachel A Byrd |